UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Francisco Sanchez

Defendant(s).
------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

13   -CR-   65   (KPF  ) (  )

Defendant **Francisco Sanchez** _____ hereby voluntarily consents to participate in the following proceeding via _x_ videoconferencing or _x_ teleconferencing:

_x_   Initial Appearance Before a Judicial Officer

_x_   Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_x_   Bail/Detention Hearing

___   Conference Before a Judicial Officer

Francisco Sanchez
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Francisco Sanchez
Print Defendant's Name

Defendant's Counsel's Signature

Daniel A. Hochheiser
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

12/11/2020
Date

Judith C. McCarthy
U.S. District Judge/U.S. Magistrate Judge