UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>FRANCISCO SANCHEZ,<br><br>Defendant. | 13 Cr. 65 (KPF)<br><br>**SCHEDULING ORDER** |

KATHERINE POLK FAILLA, District Judge:

The parties are ORDERED to appear for a hearing on December 22, 2020, at 11:00 a.m.  The hearing shall take place by videoconference, and instructions for accessing the conference will be distributed in advance of the conference.  The date and time will be confirmed the week before the conference.

SO ORDERED.

Dated:   December 14, 2020
         New York, New York

                                             _____
                                             KATHERINE POLK FAILLA
                                             United States District Judge