UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

    UNITED STATES OF AMERICA,                 **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

              -against-

                                                                   13   -CR-  65-1   (KPF ) ( )

  Francisco Sanchez
                                        Defendant(s).
-------------------------------------------------------------------X

Defendant Francisco Sanchez  hereby voluntarily consents to participate in the following proceeding via _x__ videoconferencing or __x_ teleconferencing:

__x_    Initial Appearance Before a Judicial Officer

__x_    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

__x_    Conference Before a Judicial Officer


Francisco Sanchez  *DAH*                                     _____
Defendant's Signature                                       Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Francisco Sanchez                                             Daniel A. Hochheiser
Print Defendant's Name                                   Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

  December 22, 2020
_____
Date

                                                                          _____
                                                                          U.S. District Judge